IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cv299

| | |
|---|---|
| JACQUELINE SEAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion to Stay Summary Judgment Deadlines. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Stay Summary Judgment Deadlines (#19) is **GRANTED,** and defendant's summary judgment deadline is **STAYED** until 10 days after an Order is entered resolving plaintiff's Motion for Remand.

Signed: March 14, 2007

_____
Dennis L. Howell
United States Magistrate Judge