**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

| | |
|---|---|
| **JACQUELINE L. SEAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 1:06CV299** |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| | ) |
| **Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

## ORDER

The defendant, Jo Anne B. Barnhart, Commissioner of Social Security, has moved this Court, pursuant to sentence six of 42 U.S.C.§405(g), to remand the cause for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 101 n.2 (1991); *Shalala v. Schaefer*, 113 S.Ct. 2625, 2629 n.2. (1993). The Commissioner requests voluntary remand of the claim and good cause exists to support this request for remand. Plaintiff has consented to the Motion for Remand.

THEREFORE, IT IS ORDERED that, pursuant to sentence six of 42 U.S.C. § 405(g), this case is remanded to the defendant Commissioner. No judgment shall be entered in this matter at this time. Based upon the entry of this Order the hearing scheduled for this matter for 13 June, 2007 is **CANCELLED**.

Signed: June 12, 2007


Dennis L. Howell
United States Magistrate Judge