IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cv299

| | |
|---|---|
| JACQUELINE SEAY, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on plaintiff's "Petition for Payment of Attorney's fees" which was submitted to the court via CyberClerk on Friday June 22, 2007. Such document has not been filed via ECF. The Administrative Order governing electronic filing in this district provides, as follows:

> A document shall not be considered filed for purpose of the Federal Rules of Civil Procedure until the filing party receives a system-generated "Notice of Electronic Filing" described in II(B)1 of these procedures. ***E-mailing a document to the Clerk's Office or to the assigned judge shall not constitute "filing" of the document.***

Administrative Order, at Section II (A)(1)(a)(emphasis in the original).

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Petition for Payment of Attorney's Fees is **STRICKEN** for non-compliance with Administrative Order Section II(A)(1)(a).

1

Signed: June 25, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge